```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

```
PAMELA MEADE,                    )
                                 )
     Plaintiff,                  )
                                 )   Civil Action No. 08-34-JMH
                                 )
v.                               )
                                 )
MICHAEL J. ASTRUE, COMMISSIONER  )        JUDGMENT
OF SOCIAL SECURITY,              )
                                 )
     Defendant.                  )
                                 )
                                 )
```

                **   **   **   **   ****

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1)  That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(2)  That all pending motions shall be and the same hereby are **DENIED AS MOOT;**

(3)  That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY;**

(4)  That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY;** and

(5)  That, after sixty days, the Clerk shall **RETURN** the transcript of the administrative record to the United States Attorney under cover of a copy of this Judgment.

This the 29th day of July, 2008.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge